# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AETNA AND AETNA HEALTH MANAGEMENT, LLC,** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **INSYS THERAPEUTICS, INC.** *et al.* : <br> Defendant. : | **CIVIL ACTION NO. 17-4812** |

## ORDER

**AND NOW**, this 12th day of January 2018, upon consideration of Plaintiffs' Motion to Remand (Doc. No. 18), and the opposition, reply, and sur-reply thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**