**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AETNA AND AETNA HEALTH MANAGEMENT, LLC,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 17-4812** |
| | : | |
| **INSYS THERAPEUTICS, INC.** *et al.*, | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 23rd day of August 2018, upon consideration of Defendants Joseph A. Rowan, Steve Fanto, Insys Therapeutics Inc., and Sunrise Lee's Motions to Dismiss (Doc. Nos. 4, 6, 10, 42, and 43), and the responses, replies, and letters of supplemental authority thereto, it is hereby **ORDERED** as follows:

1. Defendant Fanto's Motion to Dismiss (Doc. No. 6) is **GRANTED**, and all claims against Fanto are **DISMISSED** for lack of personal jurisdiction.

2. Defendant Rowan's Motion to Dismiss (Doc. No. 4) is **GRANTED**, and all claims against Rowan are **DISMISSED** for lack of personal jurisdiction.

3. Defendant Lee's Motion to Dismiss (Doc. No. 43) is **GRANTED**, and all claims against Lee are **DISMISSED** for lack of personal jurisdiction.

4. Defendant Lee's Motions to Dismiss for Insufficient Service of Process (Doc. No. 42) and "Failure to State a Cause" pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 43 at 8-17) are **DISMISSED AS MOOT**.

5. Defendant Insys's Motion to Dismiss is **GRANTED** with respect to Plaintiffs' claims of negligent misrepresentation (Count VI) and negligence (Count VII), and these claims are **DISMISSED WITH PREJUDICE**.

6. Defendant Insys's Motion to Dismiss is **DENIED** in all other respects.

7. Defendant Insys's Motion to Strike is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**