IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AETNA INC. AND AETNA HEALTH MANAGEMENT, LLC,<br><br>    *Plaintiffs,*<br><br>v.<br><br>INSYS THERAPEUTICS, INC., *et al.*,<br><br>    *Defendants.* | CIVIL ACTION NO. 17-4812 |

## ORDER

**AND NOW**, this 22nd day of April 2019, upon consideration of MSI Corporation's Motion to Intervene [Doc. No. 58] and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that MSI's Motion [Doc. No. 58] is **DENIED**. The intervening claims are **STRICKEN** and the Clerk of Court is directed to **TERMINATE** MSI and its claims.

It is so **ORDERED**.

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                _____

                                                **CYNTHIA M. RUFE, J.**