IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AETNA INC. AND AETNA HEALTH MANAGEMENT, LLC,<br>         Plaintiffs,<br>             v.<br>INSYS THERAPEUTICS, INC., *et al.*,<br>         Defendants | CIVIL ACTION NO. 17-4812 |

## ORDER

**AND NOW**, this 13th day of May 2020, upon consideration of Defendant Insys Therapeutics, Inc.'s Status Report [Doc. No. 92] informing the Court that the United States Bankruptcy Court for the District of Delaware has permanently enjoined Plaintiffs' claim and requesting that this case be dismissed without prejudice, and Plaintiffs Aetna Inc. and Aetna Health Management LLC's Status Report [Doc. No. 94] concurring that the case should be dismissed without prejudice, it is hereby **ORDERED** that this case is **DISMISSED without prejudice**. The Clerk directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.